USCA4 Appeal: 22-6628      Doc: 16-7      Filed: 11/23/2022      Pg: 1 of 18





EXHIBIT
No. 6

**ALAN WILSON**
ATTORNEY GENERAL

I, _Angela Bennett_ delivered the following exhibit(s) to the South Carolina Supreme Court on ~~Monday~~ _October 17, 2019_ in the matter of:

**The State v. Marie Assa'ad-Faltas**
**Trial Court Case No: 2019-CP-40-1444**
**Appellate Case No: 2018-001290**

- City's Exhibit #2 (Photos 1-29) (16 pages of photographs of property)
- Defense Exhibit #1 (Bucket)

I, _Ashli Thompson_ received the above listed exhibit(s) on behalf of the South Carolina Court of Appeals on _10-17-19_.
    _Supreme Court_

REMBERT C. DENNIS BUILDING • POST OFFICE BOX 11549 • COLUMBIA, SC 29211-1549 • TELEPHONE 803-734-3970 • FACSIMILE 803-253-6283









2



10.05.2011 17:11



10.05.2011 17:09

3



4









10.20.2011 14:05



10.20.2011 14:00

7








9











12





13





14




15



16

2013CP40033

